IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YONG KIM,<br>    **Plaintiff,**<br><br>v.<br><br>VILLANOVA UNIVERSITY,<br>    **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 21-1879 |

**O R D E R**

**AND NOW**, this 16th day of September, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 7) and Plaintiff's response thereto (ECF No. 13), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's First and Second Causes of Action, **DENIED** as to Plaintiff's Third Cause of Action, and that Plaintiff's First and Second Causes of Action are **DISMISSED WITHOUT PREJUDICE,** with leave to amend.

                     BY THE COURT:

                     /s/Wendy Beetlestone, J.

                     **WENDY BEETLESTONE, J.**