IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YONG KIM,** <br> **Plaintiff,** <br><br> v. <br><br> **VILLANOVA UNIVERSITY,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 21-1879** |

## O R D E R

**AND NOW**, this 30th day of August, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 43), Plaintiff's Opposition (ECF No. 46), and Defendant's Reply (ECF No. 47), it is **HEREBY ORDERED THAT** Defendant's Motion is **GRANTED**. The Clerk of Court **SHALL TERMINATE** this case and mark it **CLOSED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**